# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AVIATION PERFORMANCE SOLUTIONS, LLC,** a foreign limited liability company,
Appellant,

v.

**DOUGLAS G. MATTHEWS,** individually, and **GLOBAL AVIATION MANAGEMENT, INC.,** a Florida corporation,
Appellees.

No. 4D19-828

[May 14, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502017CA007465.

Alan J. Perlman and Vijay G. Brijbasi of Dickinson Wright, PLLC, Fort Lauderdale, for appellant.

Alan M. Burger and Mary F. April of McDonald Hopkins LLC, West Palm Beach, for Appellee Douglas G. Matthews.

PER CURIAM.

*Affirmed.*

CIKLIN and KLINGENSMITH, JJ., and LEVENSON, JEFFREY R., Associate Judge, concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***